IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALVIN PARKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-10-1395-D |
| | ) |
| JANE STANDIFIRD, Warden, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court for review of Petitioner's *pro se* Objection to Order Granting Counsel for the Pardon and Parole Board Additional Time to Respond [Doc. No. 10]. Petitioner timely objects to the Order of January 18, 2011 [Doc. No. 9], issued by United States Magistrate Judge Robert E. Bacharach, granting Respondent an extension of time until February 24, 2011, to answer or otherwise respond to the habeas petition. The Court must consider timely objections to nondispositive pretrial matters, *see* Fed. R. Civ. P. 72(a); and may reconsider, modify, or set aside any part of the order shown to be clearly erroneous or contrary to law. *See id.*; *see also* 28 U.S.C. § 636(b)(1)(A).

Upon consideration of the January 18 Order, the Objection, and the case record, the Court finds no basis to disturb Judge Bacharach's decision. Judge Bacharach had discretion under Fed. R. Civ. P. 6(b)(1)(A) to extend the answer deadline "with or without motion or notice" for good cause. Judge Bacharach's finding of good cause is not clearly erroneous, and the Court finds no abuse of his discretion. Further, Petitioner states no legal basis for his objection to Respondent's representation by the general counsel of the Oklahoma Pardon and Parole Board, and the Court is aware of none.

IT IS THEREFORE ORDERED that Plaintiff's Objection [Doc. No. 10] is overruled, and the January 18 Order [Doc. No. 9] is affirmed.

IT IS SO ORDERED this 28th day of January, 2011.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE